# In the United States Court of Federal Claims

No. 21-1178

(Filed: May 20, 2021)

|  |  |
|---|---|
| **RICHARD REYNA, SR.,** | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| **UNITED STATES,** | ) ) ) |
| Defendant, | ) ) ) ) |

## ORDER

    On April 8, 2021, plaintiff Richard Reyna, Sr. filed a complaint in this court, see Compl., ECF No. 1, but filed an incomplete application for leave to proceed *in forma pauperis*. On April 15, 2021, the court issued an order directing plaintiff to either re-file his application or pay the filing fee by April 30, 2021. *See* Order of April 15, 2021, ECF No. 7. Mr. Reyna has not cured his application or paid the filing fee. Under these circumstances, the case shall be DISMISSED pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims. The clerk is directed to enter judgment in accord with this disposition.

    No costs.

    It is so **ORDERED**.

s/ Charles F. Lettow<br>
Charles F. Lettow<br>
Senior Judge